# In the United States Court of Federal Claims

No. 14-513 C

**THALES VISIONIX, INC.**
      Plaintiff

   v.                                                          **JUDGMENT**

**THE UNITED STATES**
      Defendant

   and

**ELBIT SYSTEMS OF AMERICA, LLC**
      Third-Party Defendant

Pursuant to the court's Opinion and Order, filed July 20, 2015, granting defendants' motion for judgment on the pleadings,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed, with prejudice.

                                      Hazel C. Keahey
                                      Clerk of Court

**July 21, 2015**                  By:    s/ Debra L. Samler

                                      Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.