**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THALES VISIONIX, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant,<br><br>and<br><br>ELBIT SYSTEMS OF AMERICA, LLC,<br><br>      Third-Party Defendant. | Case No. 1:14-cv-00513-TCW<br>Judge Thomas C. Wheeler |

**NOTICE OF APPEAL**

      Notice is hereby given that Thales Visionix, Inc., plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Opinion and Order on Defendants' Motion for Judgment on the Pleadings entered in this action on July 20, 2015.

Dated: September 14, 2015

Respectfully submitted,

*/s/ Anthony W. Shaw*
ANTHONY W. SHAW
Attorney of Record

ARENT FOX LLP
1717 K Street, NW
Washington, D.C. 20006-5344
Phone: (202) 857-6227
Fax: (202) 857-6395
Email: anthony.shaw@arentfox.com

OF COUNSEL:
Craig S. King
Kevin R. Pinkney
Aziz Burgy
Taniel E. Anderson
Ahmed Abdel-Rahman
Brian J. Stevens
ARENT FOX LLP
1717 K Street, NW
Washington, D.C. 20006-5344
Phone: (202) 857-6000
Fax: (202) 857-6395